UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| KAMAL K.K. ROY, | ) | 3:11-cv-00869-ECR-WGC |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | May 3, 2012 |
| [ *Illegible* ], | ) | |
| Defendants. | ) | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  KATIE OGDEN       REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

The court has received a what appears to be a Civil Complaint and a Civil Cover Sheet from the Plaintiff.  However, these documents are largely illegible and were not accompanied by the appropriate filing fee or in forma pauperis motion.  Try as it might, the court simply is unable to understand what Plaintiff is saying in his "Complaint" and what relief is sought.  The document is simply incomprehensible.  The Clerk will not file the Complaint at this time.

**IT IS THEREFORE ORDERED** that the Clerk **shall send** plaintiff the approved forms for an Application to Proceed *In Forma Pauperis* by a pro se litigant, as well as the document "Information and Instructions for Filing a Motion to Proceed *In Forma Pauperis*" and a blank form Civil Rights Complaint along with the document "Information and Instructions for Filing a Civil Rights Complaint Pursuant to 42.U.S.C. § 1983 in the United States District Court for the District of Nevada."   Plaintiff will have **thirty (30) days** from the date of this order to file a legible complaint along with the appropriate filing fee in this case or file a completed and signed application to proceed *in forma pauperis* on the form provided by this Court.  Failure to comply with this order will result in dismissal of this case.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:_____
Deputy Clerk